UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL S. FERNANDEZ AND | * | |
| MICHAEL A. FERNANDEZ | * | CIVIL ACTION NO.: 06-3024 |
|     Plaintiffs, | * | |
| | * | JUDGE: ELDON E. FALLON |
| VERSUS | * | |
| | * | MAG. JUDGE: SALLY SHUSHAN |
| CHASE MANHATTAN MORTGAGE | * | |
| CORPORATION AND LIBERTY | * | |
| MUTUAL FIRE INSURANCE | * | |
| COMPANY | * | |
|     Defendants. | * | |
| | * | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended,[1] ("NFIA"), appearing herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] which hereby files this Rule 56 Motion for Summary Judgment.

---

[1] 42 U.S.C. §4001, *et seq.*

[2] 44 C.F.R. §62.23(f).

[3] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998)

Defendant respectfully submits that there are no genuine issues of material fact in dispute and therefore judgment as a mater of law is appropriate. Plaintiffs failed to pay the premium for their Standard Flood Insurance Policy ("SFIP"), after receiving proper notice pursuant to the provisions of the SFIP and the National Flood Insurance Program Flood Insurance Manual. Pursuant to Article VII (H) of the SFIP, Plaintiffs' SFIP expired at 12:01 a.m. on the last day of the policy term by operation of federal law. As the SFIP is federal law, Plaintiffs are charged with knowing of this automatic expiration of their SFIP. Plaintiffs' SFIP expired four months prior to the date of loss at issue in this case. Under the terms of the controlling federal laws, rules and regulations, and the terms of the SFIP itself, Plaintiffs have no right and no cause of action in this case. Furthermore, the Appropriations, Supremacy and Commerce clauses of the U. S. Constitution and the Separation of Powers Doctrine, prohibit the granting of the relief sought by the Plaintiffs in this case, as to do so would be in violation of the controlling federal laws and regulations. Pursuant to Article IX of the SFIP, only federal law, not state law, controls the policy, claims and claims handling.

Plaintiffs have no privity of contract, no right of action, and no cause of action against Liberty Mutual. Per 44 C.F.R. §61.13(d) and Article VII(D) of the SFIP itself, no provision of the SFIP can be altered or waived other than by the express written consent of the Flood Insurance Administrator. No such waiver was granted to Plaintiffs to renew the lapsed policy subsequent to its expiration, or to retroactively reinstate the lapsed policy, such that coverage could be afforded for the Hurricane Katrina loss.

Although, there was no negligence on the part of the WYO Program Carrier, Liberty Mutual contends that its duties are defined by federal law. Liberty Mutual merely acted in accordance with the policy information that was obtained from the Plaintiffs' application for insurance and the

declaration page. Liberty Mutual followed the renewal procedures of the SFIP and the National Flood Insurance Program Flood Insurance Manual and Plaintiff received actual notice of the renewal and expiration of their policy and still did not pay the premium.

WHEREFORE, the Defendant, Liberty Mutual Fire Insurance Company, for the reasons assigned in greater detail in the attached Memorandum in Support of the instant motion, prays that this Honorable Court will issue an Order dismissing Liberty Mutual from this lawsuit, with prejudice, and at the Plaintiffs' costs.

Dated: March 25, 2008.

                                          Respectfully submitted,

                                        /s/ *Michael C. Weber*
                                        MICHAEL C. WEBER (La. S.B. 27702)
                                        GERALD J. NIELSEN (La. S.B. 17078)
                                        NIELSEN LAW FIRM, L.L.C.
                                        3838 N. Causeway Blvd., Suite 2850
                                        Metairie, Louisiana 70002
                                        Telephone: (504) 837-2500
                                        Facsimile: (504) 832-9165
                                        E-mail: mweber@nielsenlawfirm.com
                                        Counsel for Defendant:
                                        Liberty Mutual Fire Insurance Company

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Barry H. Grodsky
Middleberg, Riddle & Gianna
Place St. Charles, 31st Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170

Roch P. Poelman
Reich, Album & Plunkett, LLC
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 1000
Metairie, LA 70002

                                        /s/ *Michael C. Weber*
                                        MICHAEL C. WEBER